United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **COCHE POP BAYRON,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01766** |
| | § | |
| **WARDEN,** | § | |
| **Respondent.** | § | |

# ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of their detention in federal immigration custody. Petitioner names the warden of the La Salle County Regional Detention Center as Respondent.

Based upon a review of the Petition, the Court **ORDERS** Respondent to file a response to the petition and serve their response on Petitioner **no later than October 13, 2026**.[1] 28 U.S.C. § 2243. Respondent should attach relevant evidence from Petitioner's A-file to support their assertions of fact. Should Petitioner wish to file a reply, Petitioner must do so **no later than October 27, 2026**.[2]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas by electronic mail at USATXS.CivilNotice@usdoj.gov. Respondent will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

Additionally, Respondent is **ORDERED** to notify Petitioner and the Court of any anticipated or planned removal or transfer of Petitioner outside of the Southern District

---

[1] Respondent must serve their response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is pro se.

[2] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

of Texas **at least seven (7) days** before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on October 6, 2026.

John A. Kazen
United States District Judge