United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| COCHE POP BAYRON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-1766 |
| | § | |
| WARDEN OF THE LA SALLE COUNTY REGIONAL DETENTION CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Upon due consideration of the United States of America's Motion to Intervene, (Dkt. No. 11), the Motion is hereby **GRANTED**. Intervenor United States of America's Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment, (Dkt. No. 12), is deemed to be Respondents' live pleading in this matter. Finally, the Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order and a copy of Docket Entry Nos. 11 and 12 by any receipted means to the following address:

Coche Pop Bayron
A#: 240-216-504
La Salle County Regional Detention Center
832 E Texas State Highway 44
Encinal, TX 78019

IT IS SO **ORDERED**.

**SIGNED** on October 14, 2026.

Brian C. Bajew
United States Magistrate Judge